MARKOWITZ & RICHMAN
R. Matthew Pettigrew, Jr.
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
215-875-3132

Attorneys for Plaintiffs

---

| | |
|---|---|
| TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, et al. | : UNITED STATES DISTRICT COURT : : DISTRICT OF NEW JERSEY |
| Plaintiffs | : : CIVIL ACTION |
| v. | : : NO. 11-7410 (JHR)(AMD) |
| W.H. LINCOLN & CO. CONTRACTORS, INC. | : : ORDER AND |
| Defendant | : <u>DEFAULT JUDGMENT</u> |

---

    This action having been commenced on December 21, 2011, and copies of the complaint and the summons having been served on the defendant on January 26, 2012, and the defendant not having responded to the complaint as provided by the Federal Rules of Civil Procedure, and the time for answering having expired, it is ORDERED, ADJUDGED and DECREED:

    That judgment is hereby entered against the defendant in favor of the plaintiffs in the total amount of <u>$3,280.08</u>, which amount includes $2,832.50 in attorney's fees; and $447.58 in litigation costs.

    It is further ORDERED that the defendant, within thirty days of the date of this ORDER, (1) submit to the plaintiffs all overdue contribution reports and (2) provide the plaintiffs' auditors with access to the defendant's books and records.

_May 9, 2012_
DATE

_Joseph H. Rodriguez_
U.S.D.J.